UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHAWN PRINGLE,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. ROBERT KONNER,
Shield No. 10398, Individually and in his Official Capacity,
and P.O.'s "JOHN DOE" #1-10, Individually and in their
Official Capacity (the name John Doe being fictitious, as
the true names are presently unknown),

                        Defendants.

----------------------------------------------------------------X

**STIPULATION OF DISMISSAL AND DISCONTINUANCE**

**10-CV-07945 (CM)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/11

**WHEREAS,** plaintiff SHAWN PRINGLE commenced this proceeding by filing a complaint on or about October 19, 2010, alleging that certain of his federal and state rights were violated;

**WHEREAS,** plaintiff now desires to voluntarily dismiss the action;

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admissions of fault or liability;

**WHEREAS,** no person not a party to this matter has any interest in the subject matter of this proceeding; and

**WHEREAS,** no party hereto is an infant or incompetent for whom a committee has been appointed: it is hereby

**STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that pursuant to Federal Rule 41(a)(ii) all claims that were asserted or could have been asserted on behalf of the plaintiff, in the above entitled

proceeding arising out of the events alleged in the complaint in this matter, are hereby withdrawn without prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
March 7, 2011

Gerald M. Cohen
Cohen & Fitch LLP
225 Broadway, Ste 2700
New York, New York 10007
(212) 374-9115

By: _____
GERALD M. COHEN

MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 227-0414

By: _____
KARL ASHANTI
Assistant Corporation Counsel

SO ORDERED!

*[signature]*
3/8/11